# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Axel Noel Aponte-Garcia et al** | CIVIL NO. 22-cv-01253 (WGY) |
| Plaintiff | |
| V. | |
| **Federal Aviation Administration et al** | |
| <u>Defendants</u> | |

## JUDGMENT

Pursuant to the Court's Order in ECF No. 48 granting Defendant's Motion to Dismiss for Lack of Jurisdiction, this case hereby is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 27th day of March of 2023.

<u>s/William G. Young</u>
United States District Judge